IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02463-WYD-BNB

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

GENE C. GEIGER, and
CHARLES F. KIRBY,

Defendants.

_____

## MINUTE ORDER

_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Withdrawal of Attorney** [docket no. 28, filed March 20, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and attorney Robert Fusfeld is withdrawn from the representation of plaintiff and is to be removed from the electronic filing.

DATED: March 20, 2007